**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| BALBIR SINGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05 1167 1 GAO |
| | ) | |
| MGI PHARMA, INC., and | ) | |
| MGI PHARMA BIOLOGICS, f/k/a, | ) | |
| ZYCOS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT MGI PHARMA, INC.'S NOTICE OF JOINDER IN MGI PHARMA BIOLOGICS' MOTION TO DISMISS COUNTS IV AND V OF PLAINTIFF'S COMPLAINT

Defendant MGI Pharma, Inc. ("MGI Pharma") hereby gives notice of its joinder in co-defendant MGI Pharma Biologics' Motion to Dismiss Counts IV and V of Plaintiff's Complaint. MGI Pharma also adopts and joins MGI Pharma Biologics' Memorandum in Support of Its Motion to Dismiss Counts IV and V of Plaintiff's Complaint.

Respectfully submitted,

Daniel T.S. Heffernan
BBO # 550794
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
Tel: 617-277-7031
Fax: 617-367-2988

Christopher T. Shaheen
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Tel: 612-340-2886
Fax: 612-340-2868

*Counsel for Defendant*
*MGI Pharma, Inc.*

Dated: October 6, 2005