UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT -6  P 4:31

U.S. DISTRICT COURT
DISTRICT OF MASS.

BALBIR SINGH, )
 )
Plaintiff, )
 )
v. ) Civil Action No. 05 11671 GAO
 )
MGI PHARMA, INC. and MGI PHARMA )
BIOLOGICS, f/k/a ZYCOS, INC., )
 )
Defendants. )

## NOTICE OF APPEARANCE

Kindly take notice of the appearance of the undersigned as counsel of record for defendant MGI Pharma Biologics, f/k/a Zycos, Inc., in the above-captioned action.

Donald R. Pinto, Jr., BBO No. 548421
RACKEMANN, SAWYER & BREWSTER, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-2300

Dated: October 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true copy of the foregoing document on the attorney of record for each other party by mail.

_____
Donald R. Pinto, Jr.

Dated: October 6, 2005