UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BALBIR SINGH,<br><br>  Plaintiff,<br><br>  v.<br><br>MGI PHARMA, INC., and<br>MGI PHARMA BIOLOGICS, f/k/a<br>ZYCOS, INC.,<br>  Defendants. | Civil Action No.: 051167 1 GAO |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Defendant MGI Pharma Biologics, Inc. is a wholly-owned subsidiary of Defendant MGI Pharma, Inc., which is a publicly-traded corporation.

Date:  October 5, 2005

Respectfully submitted,

*/s/ Andrew R. McGaan*

Andrew R. McGaan, P.C.
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Donald R. Pinto, Esq.
Rackemann Sawyer & Brewster
One Financial Center
Boston, Massachusetts 02111
(617) 951-1118

Attorneys For Defendant
MGI Pharma Biologics, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true copy of the foregoing document on the attorney of record for each other party by mail.

_____
Donald R. Pinto, Jr.

Dated: October 6, 2005