UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BALBIR SINGH, )   Plaintiff, ) ) v. ) ) MGI PHARMA, INC., and ) MGI PHARMA BIOLOGICS, f/k/a ) ZYCOS, INC. )   Defendants. ) | Civil Action No.: 05-11671-GAO |

## PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS

The plaintiff, Dr. Balbir Singh ("Dr. Singh"), hereby moves to extend the deadline for his time to respond to the Motion to Dismiss Counts IV and V of Plaintiff's Complaint filed by Defendant MGI Pharma Biologics until November 3, 2005. As grounds therefore, Dr. Singh states that the schedule of his counsel necessitated this request. Counsel for MGI Pharma Biologics has assented to this motion.

2

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1**

Dr. Singh's counsel, Joseph L. Stanganelli, has conferred with Andrew R. McGaan, counsel for MGI Pharma Biologics, and counsel for MGI Pharma Biologics has assented to this motion.

        Respectfully submitted,

        BALBIR SINGH
        By his attorneys,

        _____/s/ C. Alex Hahn_____
        Joseph L. Stanganelli (BBO #628958)
        C. Alex Hahn (BBO # 634133)
        Scibelli, Whiteley and Stanganelli, LLP
        50 Federal Street, 5th Floor
        Boston, MA 02110
        (617) 227-5725

Dated: October 18, 2005

**CERTIFICATE OF SERVICE**

      I, C. Alex Hahn, attorney for Plaintiff Balbir Singh, hereby certify that I served a copy of Plaintiff's Assented to Motion to Extend Time to Respond to Motion to Dismiss on October 18, 2005, by first class mail upon:

Donald R. Pinto, Jr., Esq.
Rackemann, Sawyer & Brewster
One Financial Center
Boston, MA 02111

Andrew R. McGaan, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601

Christopher T. Shaheen, Esq.
Dorsey & Whitney, LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498

Daniel T.S. Heffernan, Esq.
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114

                                /s/ C. Alex Hahn
                                _____
                                C. Alex Hahn