FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS  2005 OCT -6  P 4: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

_____
                                )
BALBIR SINGH,                   )
                                )
    Plaintiff,                  )
                                )
    v.                          )    Civil Action No. 05 11671 GAO
                                )
MGI PHARMA, INC. and MGI PHARMA )
BIOLOGICS, f/k/a ZYCOS, INC.,   )
                                )
    Defendants.                 )
_____)

### DEFENDANT MGI PHARMA BIOLOGICS' MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), the undersigned Donald R. Pinto, Jr., local counsel for defendant MGI Pharma Biologics ("MGIPB"), hereby moves to admit *pro hac vice* Andrew R. McGaan, P.C. of the law firm of Kirkland & Ellis, as counsel for MGIPB. As grounds for this motion, the undersigned states as follows:

1. Mr. McGaan represents MGIPB.

2. Mr. McGaan is a member in good standing of the bars of: the States of Connecticut and Illinois; the United States District Courts of the District of Connecticut, the Southern and Eastern Districts of New York, and the Central and Northern Districts of Illinois; and the United States Courts of Appeal for the Second, Seventh, Ninth and Eleventh Circuits.

3. There are no disciplinary proceedings pending against Mr. McGaan as a member of the bar in any jurisdiction, nor have there ever been.

In support of this motion, the undersigned submits the accompanying Affidavit of

Andrew R. McGaan, P.C.

WHEREFORE, the undersigned respectfully moves that the Court admit Mr. McGaan *pro hac vice* as counsel for MGIBP in this action.

_____
Donald R. Pinto, Jr., BBO No. 548421
RACKEMANN, SAWYER & BREWSTER, P.C.
One Financial Center
Boston, Massachusetts 02111
(617) 542-2300

Dated: October 6, 2005

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that counsel have conferred in good faith in an attempt to resolve or narrow the issue presented by this motion. During that conference, plaintiff's counsel, Joseph L. Stanganelli, Esq., indicated that he assents to the allowance of the motion.

_____
Donald R. Pinto, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true copy of the foregoing document on the attorney of record for each other party by mail.

_____
Donald R. Pinto, Jr.

Dated: October 6, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT -6 P 4: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

BALBIR SINGH,

    Plaintiff,

v.

MGI PHARMA, INC., and
MGI PHARMA BIOLOGICS, f/k/a
ZYCOS, INC.,

    Defendants.

Civil Action No.: 05 1167 1 GAO

### Affidavit of Andrew R. McGaan, P.C., in Support of Local Rule 83.5.3 Application For Admission *Pro Hac Vice*

I, Andrew R. McGaan, P.C., being duly sworn, deposes and say:

1. I am a member of the bar in good standing in every jurisdiction and court in which I have been admitted to practice, namely the States of Connecticut and Illinois; of the United States District Courts of the Districts of Connecticut, the Southern and Eastern Districts of New York, and the Central and Northern Districts of Illinois; and of the United States Courts of Appeal for the Second, Seventh, Ninth and Eleventh Circuits.

2. There are and have been no disciplinary proceedings against me in any court.

3. I have read and am familiar with the Local Rules of United States District Court for the District of Massachusetts.

Signed under penalties of perjury.

                                                Andrew R. McGaan, P.C.

Dated: October 5, 2005 at Chicago, Illinois.

Subscribed and sworn to before me
this 5th day of October, 2005:

_____
Notary Public

"OFFICIAL SEAL"
SHERI J. GORNIAK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/17/2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BALBIR SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MGI PHARMA, INC., and<br>MGI PHARMA BIOLOGICS, f/k/a<br>ZYCOS, INC.,<br>　　　　　Defendants. | Civil Action No.: 05 1167 1 GAO |

**Affidavit of Jamenda A. McCoy, in Support of**
**Local Rule 83.5.3 Application For Admission *Pro Hac Vice***

I, Jamenda A. McCoy, being duly sworn, deposes and say:

1. I am a member of the bar in good standing in every jurisdiction and court in which I have been admitted to practice, namely the State of Illinois and the United State District Court for the Northern District of Illinois.

2. There have been no disciplinary proceedings against me in any court.

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under penalties of perjury.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jamenda A. McCoy_
　　　　　　　　　　　　　　　　　　　　　　　Jamenda A. McCoy

Dated: October 19, 2005 at Chicago, Illinois.

Subscribed and sworn to before me
this 19 day of October, 2005:

_/s/ Emma Jean Wilson_
Notary Public

"OFFICIAL SEAL"
Emma Jean Wilson
Notary Public, State of Illinois
My Commission Expires Sept. 2, 2009