UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BALBIR SINGH,<br><br>       Plaintiff,<br><br>v.<br><br>MGI PHARMA, INC., and<br>MGI PHARMA BIOLOGICS, f/k/a<br>ZYCOS, INC.<br>       Defendants. | Civil Action No.: 05-11671-GAO |

**LOCAL RULE 16.1(D)(3) CERTIFICATION**

The plaintiff, Dr. Balbir Singh ("Dr. Singh") and his counsel hereby certify that they have conferred with the view of establishing a budget for the costs of conducting the full course – and the various alternative courses – of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

BALBIR SINGH
By his attorneys,

/s/ C. Alex Hahn
Anthony A. Scibelli (BBO #556507)
Joseph L. Stanganelli (BBO #628958)
C. Alex Hahn (BBO # 634133)
Scibelli, Whiteley and Stanganelli, LLP
50 Federal Street, 5th Floor
Boston, MA 02110
(617) 227-5725

Dated: November 9, 2005

Balbir Singh

_____

Dated: November 9, 2005

2