UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV -9 P 1:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

BALBIR SINGH,

    Plaintiff,

v.

MGI PHARMA, INC. and
MGI PHARMA BIOLOGICS, f/k/a
ZYCOS, INC.,

    Defendants.

Civil Action No.: 05 167 1 GAO

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF DEFENDANT MGI PHARMA BIOLOGICS, INC.

This shall affirm that pursuant to L.R. 16.1(D)(3) the undersigned have conferred regarding a budget for the costs of the full course and alternative courses of this action, and regarding the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

November 7, 2005

_____
Andrew R. McGaan, P.C.
Jamenda A. McCoy
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Phone: (312) 861-2000
Fax:   (312) 861-2200

_____
Mary Lynne Hedley
Senior Vice President
MGI PHARMA BIOLOGICS, INC.

K&E 10804636.1

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true copy of the foregoing document on the attorney of record for each other party by mail.

_____
Donald R. Pinto, Jr.

Dated: November 9, 2005