UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BALBIR SINGH,<br><br>      Plaintiff,<br><br>v.<br><br>MGI PHARMA, INC. and<br>MGI PHARMA BIOLOGICS,<br>f/k/a ZYCOS, INC.<br><br>      Defendants. | C.A. NO. 05-11671-GAO |

## MOTION FOR ADMISSION OF STEVEN J. MCLAIRD *PRO HAC VICE*

Defendant, MGI Pharma, Inc., hereby moves that Attorney Steven J. McLaird of Minneapolis, MN be admitted *pro hac vice* as co-counsel for MGI Pharma, Inc. Mr. McLaird's Affidavit pursuant to L.R. 83.5.3(b) of the United States District Court for the District of Massachusetts is appended hereto.

Respectfully submitted,
DEFENDANT MGI PHARMA, INC.,

By its attorneys,

*/s/ Sherry L. Ruschioni*
Daniel T. S. Heffernan, BBO #550794
Sherry L. Ruschioni, BBO #643393
Kotin, Crabtree & Strong
One Bowdoin Square
Boston, MA 02114
(617) 227-7031

Dated: November 15, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document, Motion for Admission of Steven J. McLaird *Pro Hac Vice*, was served upon counsel for plaintiff, Joseph Stanganelli and C. Alex Hahn, Scibelli, Whiteley and Stanganelli, LLP, 50 Federal Street, 5th Floor, Boston, MA 02110, and the defendant MGI Pharma Biologics, f/k/a Zycos, Inc., Andrew R. McGann and Jamenda A. McCoy, Kirkland & Ellis, LLP 200 East Randolph Drive, Chicago, IL 60601 by first class mail, postage prepaid, on the 15th day of November 2005.

                                                                             */s/ Sherry L. Ruschioni*
                                                                             Sherry L. Ruschioni