UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BALBIR SINGH, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>MGI PHARMA, INC. and )<br>MGI PHARMA BIOLOGICS, )<br>f/k/a ZYCOS, INC. )<br>)<br>      Defendants. )<br>_____) | C.A. NO. 05-11671-GAO |

### AFFIDAVIT OF STEVEN J. MCLAIRD

Steven J. McLaird, being duly sworn, deposes and says:

1. This affidavit is submitted in connection with my request for permission to appear in this action as counsel *Pro Hac Vice* on behalf of the defendant MGI Pharma, Inc. I have been retained to appear on their behalf. My co-counsel will be Daniel T.S. Heffernan (Massachusetts Board of Bar Overseers Number 550794) and Sherry L. Ruschioni (Massachusetts Board of Bar Overseers Number 643393) of Kotin, Crabtree & Strong, LLP, One Bowdoin Square, Boston, MA 02114. Mr. Heffernan and Ms. Ruschioni are active members of the Bar of Massachusetts.

2. I am an Associate at Dorsey & Whitney, LLP. My office address is Suite 1500, 50 South Sixth Street, Minneapolis, MN 55402. My office phone number is (612) 492-6645 and facsimile number is (612) 340-2868. My residential address is 220 2nd St. N.E., Minneapolis, MN 55413.

-2-

3. I am licensed to practice before the following courts:

| Name of Court | Date Admitted |
|---|---|
| Supreme Court of Minnesota | 10/31/2003 |
| U.S. District Court for the District of Minnesota | 12/12/2003 |

4. I am an active member in good standing in each of those jurisdictions. My license and privileges have never been suspended or revoked. I am of good moral character, and I am familiar with the ethics, principles, practices, customs, and usages of the legal profession in Massachusetts.

5. I have never been the subject of disciplinary action by any Bar or court of any jurisdiction.

6. I will, unless permitted to withdraw by order of the court or administrative agency, continue to represent the defendant MGI Pharma, Inc. until the final determination of the cause. I also consent to the jurisdiction of the courts of the State of Massachusetts, of the tribunals of the Massachusetts Bar, and of the Massachusetts Board of Bar Overseers in all respects as if I were a regularly admitted and licensed member of the Massachusetts Bar.

7.  Minnesota courts do allow attorneys to be admitted and practice law *pro hac vice* pursuant to Minnesota Rule of General Practice 5.

Sworn to under the pains and penalties of perjury this 14 day of November 2005.

RESPECTFULLY SUBMITTED,

Steven J. McLaird
Dorsey & Whitney, LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 492-6645

Subscribed and sworn to before me
this 14th day of November 2005.

Notary Public



ANN E. SMITH
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan 31, 2010