UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BALBIR SINGH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MGI PHARMA, INC. and )<br>MGI PHARMA BIOLOGICS, )<br>f/k/a ZYCOS, INC., )<br>)<br>Defendants. )<br>_____) | C.A. NO. 05-11671-GAO |

### AFFIDAVIT OF CHRISTOPHER T. SHAHEEN

STATE OF MINNESOTA   )
                     ) ss.
COUNTY OF HENNEPIN   )

Christopher T. Shaheen, being duly sworn, deposes and says:

1.   This affidavit is submitted in connection with my request for permission to appear in this action as counsel *Pro Hac Vice* on behalf of the defendant MGI Pharma, Inc. I have been retained to appear on their behalf. My co-counsel will be Daniel T.S. Heffernan (Massachusetts Board of Bar Overseers Number 550794) and Sherry L. Ruschioni (Massachusetts Board of Bar Overseers Number 643393) of Kotin, Crabtree & Strong, LLP, One Bowdoin Square, Boston, MA 02114. Mr. Heffernan and Ms. Ruschioni are active members of the Bar of Massachusetts.

2.   I am a sole-shareholder in Dorsey & Whitney LLP. My office address is 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402. My office phone number is (612) 340-2600

and facsimile number is (612) 340-2807. My residential address is 2044 Sheridan Avenue South, Minneapolis, MN 55405.

3.  I am licensed to practice before the following courts:

| **Name of Court** | **Date Admitted** |
| --- | --- |
| Pennsylvania Supreme Court | May 25, 1989 (inactive) |
| U.S. Court of Appeals for the Eighth Circuit | June 14, 1999 |
| Minnesota Supreme Court | October 18, 1994 |
| United States District Court for the District of Minnesota | January 4, 1995 |

4.  I am an active member in good standing in each of those jurisdictions. My license and privileges have never been suspended or revoked. I am of good moral character, and I am familiar with the ethics, principles, practices, customs, and usages of the legal profession in Massachusetts.

5.  I have never been the subject of disciplinary action by any Bar or court of any jurisdiction.

6.  I will, unless permitted to withdraw by order of the court or administrative agency, continue to represent the defendant MGI Pharma, Inc. until the final determination of the cause. I also consent to the jurisdiction of the courts of the State of Massachusetts, of the tribunals of the Massachusetts Bar, and of the Massachusetts Board of Bar Overseers in all respects as if I were a regularly admitted and licensed member of the Massachusetts Bar.

7.  Minnesota courts do allow attorneys to be admitted and practice law *pro hac vice* pursuant to Rule 5.5 of the Minnesota Rules of Professional Conduct.

Sworn to under the pains and penalties of perjury this 14th day of November, 2005.

Respectfully submitted,

Christopher T. Shaheen
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600

Subscribed and sworn to before me
this 14th day of November, 2005.

Notary Public



CASSIE D. BURESH
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010

-3-