UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BALBIR SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>MGI PHARMA, INC. and<br>MGI PHARMA BILOGICS,<br>f/k/a ZYCOS, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. NO. 05-11671-GAO |

**DEFENDANT MGI PHARMA, INC.'S RULE 16.1(D)(3) CERTIFICATE**

Pursuant to Rule 16.1(D)(3) of the Local Rules of this Court, the defendant, MGI Pharma, Inc. and its counsel hereby state that they have conferred (a) to review the expected costs of conducting the full course and various alternative courses of the litigation with a view toward establishing a budget for same, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

Eric P. Loukas, Esq.
MGI Pharma, Inc.

Daniel T.S. Heffernan, BBO # 550794
Sherry L. Ruschioni, BBO #643393
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square

Boston, MA 02114
Tel: 617-277-7031
Fax: 617-367-2988

Christopher T. Shaheen
Steven J. McLaird
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Tel: 612-340-2886
Fax: 612-340-2868

*Counsel for Defendant*
*MGI Pharma, Inc.*

Dated: November 14, 2005

### Certificate of Service

I hereby certify that a true copy of the above document was served upon each attorney of record for each other party by facsimile on November 15, 2005.

Sherry L. Ruschioni

Sherry L. Ruschioni