UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BALBIR SINGH,<br><br>        Plaintiff,<br><br>v.<br><br>MGI PHARMA, INC. and<br>MGI PHARMA BIOLOGICS,<br>f/k/a ZYCOS, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. NO. 05-11671-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT MGI PHARMA, INC.'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) AND LOCAL RULE 26.2(A)**

Defendant MGI Pharma, Inc., by and through its counsel, hereby provides its initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26(A).

Defendant MGI Pharma, Inc. specifically adopts and incorporates Defendant MGI Pharma Biologics, Inc.'s Initial Disclosures Pursuant to Fed.R.Civ.P. 26(a)(1) and Local Rule 26.2(A) in its entirety. Defendant MGI Pharma, Inc. reserves the right to supplement this information if additional or different information is obtained.

Respectfully submitted,

*/s/ Sherry L. Ruschioni*
Daniel T. S. Heffernan, BBO #550794
Sherry L. Ruschioni, BBO #643393
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031

                                                Christopher T. Shaheen
                                                Steven J. McLaird
                                                DORSEY & WHITNEY, LLP
                                                50 South Sixth Street, Suite 1500
                                                Minneapolis, MN  55402
                                                Tel:  612-340-2886
                                                Fax:  612-340-2868

                                                *Counsel for Defendant*
                                                *MGI Pharma, Inc.*

Dated:  November 16, 2005

## CERTIFICATE OF SERVICE

       I hereby certify that a true copy of the above document, Defendant MGI Pharma, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A), was served upon counsel for plaintiff, Joseph Stanganelli and C. Alex Hahn, Scibelli, Whiteley and Stanganelli, LLP, 50 Federal Street, 5th Floor, Boston, MA 02110, and the defendant MGI Pharma Biologics, f/k/ka Zycos, Inc., Andrew R. McGann and Jamenda A. McCoy, Kirkland & Ellis, LLP 200 East Randolph Drive, Chicago, IL 60601 by facsimile and first class mail, postage prepaid, on the 16th day of November 2005.

                                                _/s/ Sherry L. Ruschioni_
                                                Sherry L. Ruschioni