IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BALBIR SINGH, ) | |
| ) | 2005 NOV 17 P 4: 25 |
| Plaintiff, ) | |
| ) | U.S. DISTRICT COURT |
| v. ) | DISTRICT OF MASS. |
| ) | Civil Action No. 05 11671 GAO |
| MGI PHARMA, INC., and ) | |
| MGI PHARMA BIOLOGICS, f/k/a, ) | |
| ZYCOS, INC., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT MGI PHARMA BIOLOGICS, INC.'S LOCAL RULE 7.1(A)(2) CERTIFICATION TO ITS MOTION FOR LEAVE TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT MGI PHARMA BIOLOGICS' MOTION TO DISMISS

#### Local Rule 7.1(A)(2) Certification

On November 14, 2005, defendant MGI Pharma Biologics, Inc. ("Pharma Biologics") filed its motion for leave to submit a reply brief in support of its *Motion to Dismiss Counts IV and V of Plaintiff's Complaint*. The motion for leave did not contain a Local Rule 7.1(A)(2) certification. Plaintiff has filed an opposition to that motion. Pharma Biologics has conferred with plaintiff's counsel, who confirm that they continue to oppose the motion to dismiss and do not consent to Pharma Biologics' filing of a reply brief.

MGI PHARMA BIOLOGICS, INC.

By its attorneys,

_____
Donald R. Pinto, Jr./BBO No. 548421
RACKEMANN SAWYER & BREWSTER
One Financial Center
Boston, MA 02111
Tel: 617-951-1118

-and-

Andrew R. McGaan, P.C.
Jamenda A. McCoy
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Tel: 312-861-2000

Counsel for Defendant
MGI Pharma Biologics, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true copy of the foregoing document on the attorney of record for each other party by mail.

_____
Donald R. Pinto, Jr.

Dated: November 17, 2005