UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 MAR 30  A 11: 55
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BALBIR SINGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-11671-GAO |
| ) | |
| MGI PHARMA, INC., and ) | |
| MGI PHARMA BIOLOGICS, f/k/a ) | |
| ZYCOS, INC., ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff and the defendants stipulate and agree that the above captioned action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs, and each party expressly waiving any right of appeal.

Respectfully submitted,

MGI PHARMA BIOLOGICS, f/k/a
ZYCOS, INC.
By its attorneys,

_____
Donald R. Pinto
Rackemann, Sawyer & Brewster
One Financial Center
Boston, MA 02111
(617) 951-1118

- and -

Respectfully submitted,

BALBIR SINGH
By his attorneys,

_____
Joseph L. Stanganelli (BBO #628958)
Anthony A. Scibelli (BBO #556507)
C. Alex Hahn (BBO #634133)
Scibelli, Whiteley and Stanganelli, LLP
50 Federal Street, 5th Floor
Boston, MA 02110
(617)-227-5725

Andrew R. McGaan, P.C.
Jamenda A. McCoy
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000


MGI PHARMA, INC.
By its attorneys,

_____
Daniel T.S. Heffernan
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114
(617)-227-7031

- and -

Christopher T. Shaheen
Dorsey & Whitney, LLP
50 S. Sixth Street
Suite 1500
Minneapolis, MN 55402
(612)-340-2886

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 3/20/06

Dated: March 21, 2006

2